Received From
SEATTLE

OCT 01 2007

Judge Karen L. Strombom

FILED _____ LODGED
_____ RECEIVED

OCT 01 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE'S DOCKET NO. |
| Plaintiff, | CASE NO. 04-5001M |
| v. | MOTION FOR DISMISSAL WITHOUT PREJUDICE, TO UNSEAL FILE, AND |
| SAMUEL MORA BONILLA, | TO QUASH WARRANT |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the criminal complaint charging Unlawful Flight to Avoid Prosecution in violation of 18 U.S.C. § 1073, that is presently pending against SAMUEL MORA BONILLA, and further moves to unseal the file and to quash the related warrant for his arrest, as the Kitsap County Prosecutor has decided not to seek extradition of Mr. Bonilla, who has been located in Mexico.

Dated: this 28th day of September, 2007.

Respectfully submitted,

JEFFREY C. SULLIVAN,
United States Attorney

04-MJ-05001-M

SUSAN M. HARRISON
Assistant United States Attorney

MOTION & ORDER TO DISMISS & QUASH/
BONILLA — 1
04-5001M

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970